IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH and JOYCE BASH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-240-MEF |
| | ) |
| MICHAEL PATRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. # 2) filed on April 1, 2008, by counsel for Plaintiffs Andrew Bash and Joyce Bash. The Court wishes the plaintiffs to fully understand the limited nature of being allowed to proceed *in forma pauperis*, which only permits the plaintiffs to commence this suit without prepayment of fees and court costs. The plaintiffs should understand that they may incur expenses as a result of the prosecution of this case. In the event of a trial, the plaintiffs may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party. This means that a plaintiff who loses a case, even though proceeding in forma pauperis, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiffs of the possible expense of litigation, it is ORDERED that the Motion to Proceed *In Forma Pauperis* (Doc. # 2) is GRANTED.

.Done this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE