AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:08-cv-240-MEF

TO: (Name and address of Defendant)

    Michael Patrick
    City of Mosses, Alabama
    Town Hall
    P.O. Box 296
    Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jay Lewis
    Attorney At Law
    P.O. Box 5059
    Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

4-7-08

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2:08-cv-240-MEF

TO: (Name and address of Defendant)

Darryl Taunton
City of Mosses, Alabama
Town Hall
P.O. Box 296
Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Attorney At Law
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    4-7-08
_____        _____
CLERK                                               DATE
_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ANDREW BASH and JOYCE BASH
Plaintiffs

V.

MICHAEL PATRICK, et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:08-cv-240-MEF

TO: (Name and address of Defendant)

City of Mosses, Alabama
Town Hall
P.O. Box 296
Mosses, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Attorney At Law
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              4-7-08

CLERK                                            DATE

(By) DEPUTY CLERK