IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH and JOYCE BASH, | |
| Plaintiffs, | |
| vs. | Civil Case No.: 2:08-cv-240-MEF |
| MICHAEL PATRICK and, DARRYL TAUNTON, in their individual capacities, and CITY OF MOSSES, ALABAMA, | |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| William Scott | Town of Mosses Mayor |
| Willie B. Hill | Town of Mosses Council Member |
| Janice Patterson | Town of Mosses Council Member |
| Joe E. Bell | Town of Mosses Council Member |
| Terrance Gordon | Town of Mosses Council Member |
| Roderick Coleman | Town of Mosses Council Member |

                                           s/Rick A. Howard
                                           Alex L. Holtsford, Jr. (HOL048)
                                           Rick A. Howard (HOW045)
                                           April W. McKay (WIL304)
                                           Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36101-4128
(334) 215-8585
(334) 215-7101 - facsimile

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by placing a copy of the same in the United States Mail, properly addressed and postage prepaid upon:

Jay Lewis
Fred Clements
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

on this the 18th day of April, 2008.

                                           s/Rick A. Howard
                                           OF COUNSEL