IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW BASH and JOYCE BASH, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Civil Case No.: 2:08-cv-240-MEF |
| | * | |
| MICHAEL PATRICK and, | * | |
| DARRYL TAUNTON, in their individual | * | |
| capacities, and CITY OF MOSSES, | * | |
| ALABAMA , | * | |
| | * | |
| Defendants. | * | |

### REPORT OF PARTIES' PLANNING MEETING

I.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 2, 2008, and was attended by:

  Jay Lewis for Plaintiff
  Rick A. Howard and April McKay for Defendants

II.  Pre-Discovery Disclosures

  The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.  Discovery Plan

  The parties jointly propose to the Court the following discovery plan:

a.  All discovery commenced in time to be completed by February 2, 2009.

b.  Maximum of 40 interrogatories by each party to the other party; response are due 30 days after service.

c.  Maximum of 20 requests for admissions by each party to the other party; responses due 30 days after service.

d. Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.

e. Each deposition will not exceed four hours unless agreed to by the parties.

f. Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiffs    :    November 3, 2008

    From Defendants    :    December 5, 2008

IV. Other Items

a. Parties do not request a conference with the Court before entry of the scheduling order.

b. The parties request a pretrial conference on April 6, 2009.

c. Plaintiffs will be allowed until July 1, 2008, to enjoin additional parties and until July 1, 2008, to amend pleadings.

d. Defendants shall be allowed until August 1, 2008, to enjoin additional parties and until August 1, 2008, to amend pleadings.

e. All potentially dispositive motions should be filed by January 5, 2009.

f. Final list of witness and exhibits under Rule 26(a)(3) should be due:

Plaintiff's exhibit list - 45 days before trial

Plaintiff's witness list - 45 days before trial

Defendant's exhibit list - 45 days before trial

Defendant's exhibit list - 45 days before trial

g. Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h. The case should be ready for trial by May 4, 2009, and is expected to take approximately 2 days.

Dated: May 19, 2008

/s Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

/s Jay Lewis
Jay Lewis
Attorney for Plaintiff

Jay Lewis
Fred Clements
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103