IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:08cv240-MEF |
| | ) |
| MICHAEL PATRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 5, 2008, Defendants filed a Motion for Protective Order (Doc. #12). Upon consideration of the Motion, it is

ORDERED that Plaintiff shall file a response to the motion (Doc. #12) on or before August 20, 2008.

The Court reminds the parties, especially Defendants, of their obligation under the Federal Rules of Civil Procedure to meet and confer prior to filing discovery motions. The Court notes Defendants make no representation in their motion that they have satisfied this requirement. The Court will consider this failure at the time of its ruling on the motion.

Done this 6th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE