**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANDREW BASH and JOYCE BASH,** | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **Civil Case No.: 2:08-cv-240-MEF** |
| | * | |
| **MICHAEL PATRICK, et al,** | * | |
| **Defendants.** | * | |

**PLAINTIFFS' RESPONSE TO MOTION FOR HIPAA PROTECTIVE ORDER**

COMES NOW the plaintiffs Andrew Bash and Joyce Bash, in the above-styled cause and

state that they have no objection to the entry of the HIPAA order proposed by the defendants.

Respectfully submitted this __20th___ day of August, 2008.

/s/ JAY LEWIS
Jay Lewis (LEW031)
Attorney for Plaintiffs
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@jaylewislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorneys CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 20th day of August, 2008.

Rick A. Howard
Alex L. Holtsford, Jr.
Rick A. Howard
April W. McKay
Attorneys for Defendants
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36101

/s/ JAY LEWIS
Jay Lewis (LEW031)
Attorney for Plaintiffs
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@jaylewislaw.com