IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:08cv240-MEF |
| | ) |
| MICHAEL PATRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION AND PROTECTIVE ORDER**

On August 5, 2008, Defendants filed a Motion for Protective Order (Doc. #12). In accordance with the undersigned's Order of August 6, 2008, Plaintiffs filed a Response (Doc. #14), indicating they had no objection to the entry of the protective order Defendants proposed. Upon consideration of the Motion (Doc. #12, and Plaintiffs' Response (Doc. #14), it is

ORDERED that the Motion (Doc. #12) is GRANTED. The terms of the Protective Order shall be as proposed in Defendants' Motion (Doc. #12-2).

Done this 20th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE