IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ANDREW BASH and JOYCE BASH,** | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | Civil Case No. 2:08-cv-240-MEF |
| | * | |
| **MICHAEL PATRICK and,** | * | |
| **DARRYL TAUNTON,** | * | |
| in their individual capacities, and | * | |
| **CITY OF MOSSES, ALABAMA,** | * | |
| **Defendants.** | * | |

## MOTION TO WITHDRAW

**COMES NOW** Fred Clements, co-counsel for Plaintiffs, to respectfully request that the Court allow him to withdraw from this case and would show unto the Court as follows:

1. As of August 29, 2008, Fred Clements will no longer be associated with the Law Offices of Jay Lewis, LLC.

2. Plaintiff will not be prejudiced or placed in a hardship upon the granting of said motion.

3. Attorney Jay Lewis of the Law Offices of Jay Lewis, LLC, will continue as counsel for Plaintiffs.

WHEREFORE THESE PREMISES CONSIDERED, the undersigned co-counsel for Plaintiffs prays that this Court will grant his motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the 22nd day of August, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)

(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Rick A. Howard
Alex L. Holtsford, Jr.
April W. McKay
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36101

      /s/ FRED CLEMENTS
      Fred Clements
      Law Offices of Jay Lewis, LLC
      P.O. Box 5059
      Montgomery, AL 36103
      (334) 263-7733 (Voice)
      (334) 832-4390 (Fax)
      FredClements@JayLewisLaw.com
      ASB-5682-R39C