IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH and JOYCE BASH, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:08-cv-240-MEF |
| | ) |
| MICHAEL PATRICK and, | ) |
| DARRYL TAUNTON, in their individual | ) |
| capacities, and CITY OF MOSSES, | ) |
| ALABAMA, | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Joyce Bash, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

_____
/s/ Jay Lewis (ASB-2014-E66J)
Andrew Bash, Joyce Bash
Counsel for (print names of all parties)
P.O. Box 5059, Montgomery, AL 36103
Address, City, State Zip Code
(334) 263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, Jay Lewis do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 26th day of August 2008, to:

    Rick A. Howard

    Nix Holtsford Gilliland Higgins & Hitson, P.C.

    P.O. Box 4128

    Montgomery, AL 36101-4128

    Phone: (334) 215-8585

    Fax: (334) 215-7101

|  |  |
|---|---|
| _____ <br> Date | /s/ JAY LEWIS <br> Jay Lewis <br> Law Offices of Jay Lewis, LLC <br> P.O. Box 5059 <br> Montgomery, AL 36103-5059 <br> (334) 263-7733 (Voice) <br> (334) 832-4390 (Fax) <br> j-lewis@jaylewislaw.com <br> ASB-2014-E66J |