IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW BASH, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:08-cv-240-MEF |
| ) | |
| MICHAEL PATRICK, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #16) filed on August 22, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of August, 2008.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE